UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-mj-1261-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ORLANDO GADDY | : | |
| a/k/a "Lasso" | : | |

Upon motion of the United States of America, and for good cause shown, the sealed Indictment (7:17-cr-00145-FL) returned by the Grand Jury for the Eastern District of North Carolina on November 13, 2017, is hereby ORDERED to be unsealed and that Criminal Complaint (7:17-mj-1261) remain sealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This __14th__ day of November, 2017.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE